IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 1:21-cr-115-LG-RPM

LUIS ANTONIO CRUZ a/k/a Tony

## ORDER GRANTING MOTION TO DISMISS THE INDICTMENT AND CASE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, this matter is before the Court on the Government's Motion to Dismiss the Indictment and Case. The Government seeks to dismiss without prejudice the Indictment and case in Criminal No. 1:21-cr-115-LG-RPM, against the Defendant LUIS ANTONIO CRUZ a/k/a Tony. Pursuant to a Plea Agreement, the Defendant has pleaded guilty and been sentenced to a felony information in Criminal No. 1:22-cr-123-LG-BWR. The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in Criminal No. 1:21-cr-115-LG-RPM against the Defendant, LUIS ANTONIO CRUZ a/k/a Tony, are hereby dismissed without prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the 13th day of March, 2023.

UNITED STATES DISTRICT JUDGE